# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-11-00733-CV

**SectionCheck.com, LLC, Appellant**

**v.**

**Drilling Info, Inc., Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
### D-1-GN-11-000325, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING

### M E M O R A N D U M   O P I N I O N

We abated this appeal on February 29, 2012 while the parties pursued settlement discussions. Appellant SectionCheck.com, LLC has filed an unopposed motion to reinstate and dismiss this appeal because the parties have settled the claims in the underlying suit, and SectionCheck no longer wishes to pursue this appeal.

Accordingly, we reinstate the appeal, grant appellant's motion, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed:  March 22, 2012